| CRIMINAL COMPLAINT | VICTIM | SEALED |
|---|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** | |
| United States of America<br><br>v.<br><br>Ahmed Maqbul Syed,<br><br>Rupesh Chandra Chintakindi, | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>24-05345MJ | |

Complaint for violation of Title 18, United States Code §1349 (Conspiracy to Commit Wire Fraud) and Title 18, United States Code §1956 (Conspiracy to Commit Money Laundering).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1

From a time unknown and continuing through at least on or about May, 2024, in the District of Arizona, and elsewhere, the defendant, AHMED MAQBUL SYED ("SYED"), and at least one or more persons knowingly combined, conspired, and agreed together and with each other, to commit wire fraud in violation of Title 18, United States Code, Section 1343. It was part and object of the conspiracy that SYED and at least one or more co-conspirators, willfully and knowingly, and with the intent to defraud did execute and attempt to execute a scheme and artifice to defraud and a scheme or plan to obtain money or property by means of materially false representations and promises. In furtherance of and for the purpose of executing an essential part of the scheme to defraud, the coconspirators did cause to be transmitted at least one or more wire or electronic communications in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud).

Count 2

From a time unknown and continuing through at least on or about May, 2024, in the District of Arizona, and elsewhere, the defendants, AHMED MAQBUL SYED ("SYED"), RUPESH CHANDRA CHINTAKINDI ("RUPESH") and others knowingly combined, conspired, and agreed with each other, to commit an offense against the United States, to wit: knowingly conduct and attempt to conduct financial transactions involving property that represents proceeds of wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the property represented the proceeds of some form of illegal activity and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity,

All in violation of Title 18, United States Code, Section 1956. (Conspiracy to Commit Money Laundering)

cc: AUSA, J. Granoff and V. Sottosanti; USMS; PTS

## CRIMINAL COMPLAINT – VICTIM
## CONTINUED

United States of America
    vs.
Ahmed Syed et. al.

| | |
|---|---|
| BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED: <br><br> ***CONTINUED ON PAGES THREE THROUGH THIRTEEN*** | |
| MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:  N/A | |
| DETENTION REQUESTED <br> COMPLAINT REVIEWED by AUSA Jonathan B. Granoff <br> *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT <br> *CarolAnne Dowling* <br> OFFICIAL TITLE & NAME: <br> Carol-Anne Dowling, Special Agent <br> FBI |
| Sworn to before me and subscribed via telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Maria S. Aguilera* | DATE <br> November 20, 2024 |

[1] **See Federal rules of Criminal Procedure Rules 3 and 54**

CRIMINAL COMPLAINT – VICTIM
CONTINUED

United States of America
    vs.
Ahmed Syed et. al.

1. Various elderly victims around the United States to include multiple victims in Arizona were defrauded in what is commonly referred to as a "tech support," "business imposter," and "government imposter," scheme. Generally, some victims received a "pop up" on their electronic device that froze the device. Victims were also directed to contact "tech support" or "government representatives" – in reality, the victims were directed to other scam operators who further developed the fraudulent scheme. Unbeknownst to the victims, the individuals the victims contacted were part of the scam. The scammers informed the victims their accounts had been hacked and compromised. The victims were directed to withdraw and transfer money and cash to protect their accounts. Victims were also directed to purchase gold and that individuals would retrieve the gold from the victims. An example of how the scheme operated is detailed below relating to Marana, Arizona victim M.D. who lost over $700,000 because of the scam.

**Marana, Arizona Victim M.D. (Approximate Loss = $770,000)**

2. On February 10, 2024, M.D.'s iPad froze when an alert "popped up" on her screen. M.D. was directed to contact technical support for what M.D. was led to believe was the computer company Apple. After contacting the number, M.D. was told that her computer had been hacked and they were using it for child porn and gambling. The scammer directed M.D. to contact whom she was led to believe was a representative from the Federal Trade Commission (FTC) to make a report. After contacting this individual, the scammer informed M.D. that her accounts were at risk. The scammer further stated that he would help protect M.D.'s money. The scammer also directed M.D. to move her money from her investment accounts (Fidelity) to her checking account. The scammer ("Andrew Katsaros") told M.D. the amount to transfer so that she would not have to obtain approvals from Fidelity for the transfers. M.D. was told she would receive a check from the U.S. government once they received her assets. M.D. made various electronic transfers of her funds from her investment

Case 4:24-cr-08825-JCH-LCK   Document 3   Filed 11/20/24   Page 4 of 13

**CRIMINAL COMPLAINT – VICTIM**
**CONTINUED**

United States of America
    vs.
Ahmed Syed et. al.

account at Fidelity to her personal checking account with Chase Bank to include the following transfers:

    2/26/24 electronic transfer for $90,000

    3/08/24 electronic transfer for $100,000

    3/12/24 electronic transfer for $90,000

    3/15/24 electronic transfer for $90,000

    3/28/24 electronic transfer for $90,000

    4/2/24 electronic transfer for $100,000

    4/3/24 electronic transfer for $100,00

    4/12/24 electronic transfer for $25,318.33

3. The instructions to help complete each of the above electronic transfers were transmitted through a server located outside of Arizona. On or about February 23, 2024, the scammer instructed M.D. to withdraw $30,000 in cash from her account, wrap the money in a paper bag and wait for an agent to retrieve the funds. M.D. did as she had been instructed. A male arrived at her home and provided her with a password to retrieve the money. M.D. provided the cash to the individual who left on foot.

4. Between February 27, 2024, and April 22, 2024, M.D. received instructions to purchase gold in varying amounts to further protect her money. On or about February 27, 2024, M.D. initiated a wire transfer for $107,886.08 from her Chase bank account ending in 2308 using proceeds from the $90,000 February 26, 2024, electronic transfer into M.D.'s account from Fidelity. As instructed, M.D. used these funds to purchase gold bars from an online gold dealer. The gold was mailed to the victim via FedEx. M.D. was directed to meet at the Walgreens on Dove Mountain Blvd. in Marana, AZ to deliver the gold. After arriving at this location, she observed the vehicle that would receive the gold.

**CRIMINAL COMPLAINT – VICTIM**
**CONTINUED**

United States of America
    vs.
Ahmed Syed et. al.

M.D. provided the gold through the rear passenger window of this vehicle. After receiving the gold, the male drove the vehicle away.

5.    M.D. received additional instructions for the purchase and delivery of gold. M.D. conducted additional purchases of gold from various gold dealers. On March 18, 2024, M.D. purchased approximately $281,000 in gold bars. On April 4, 2024, M.D. purchased approximately $352,000 in gold bars. Both these purchases were made using mostly the proceeds from the above electronic transfers from M.D.'s Fidelity investment account to her Chase bank account. These orders were also delivered to M.D. via FedEx. M.D. received additional instructions for the delivery of these gold purchases and provided the gold to an individual she met at the same Walgreens parking lot. M.D. made each of the above transfers of gold to an individual M.D. described as a white male, age 30-35 years old.

6.    On or about April 16, 2024, M.D. cashed out her $500,000 Pacific Life Insurance life insurance policy and caused those funds to be electronically transferred into her Chase bank account. Per a representative of Pacific Life, their servers relating to this transfer are in California. On April 22, 2024, M.D. attempted to place an order for $251,000 in gold bars. She went to Chase Bank to purchase gold bars, Chase Bank told her that she should not purchase any more gold bars unless she goes to a reputable dealer because they believed she was being scammed. M.D was referred to Precious Metals Refinery to purchase the gold bars. M.D. contacted the Marana, Arizona Police.

7.    During the scheme, M.D. stated that she was in constant contact with the person she believed was "Andrew" through text message and phone calls. M.D. was told to maintain her privacy and not speak about the case.

8.    Marana, Arizona Police engaged in a controlled delivery to attempt to apprehend the courier. M.D. purchased a package of gold from Precious Metals & Recycling in Marana, Arizona. M.D. then returned to her home. Real gold was not used during the controlled delivery – but the box

United States of America
    vs.
Ahmed Syed et. al.

she received from the gold dealer was used as a decoy package. M.D. received instructions from the scammer over the phone concerning how the delivery would be made. The subject (who claimed to be Andrew from the Federal Trade Commission) stated that one of his agents would collect the package. M.D. was instructed to remain on the phone until the delivery was done.  M.D. was instructed to drive to the main gate of her community.  During that time while near her residence, M.D. met the driver of a Nissan Altima who was supposed to retrieve the package. M.D. exited her vehicle and placed the package in the passenger side of the Altima. M.D. stated that she had not seen this driver before. M.D. further stated the driver gave her a password when they met but they did not speak further.  Subsequently, officers conducted a traffic stop of the driver, later identified as defendant RUPESH, and took him into custody.

    9.    Inside of the vehicle RUPESH was driving (rental car), Marana PD discovered 46 one-ounce gold bars wrapped in black socks, inside the trunk and under the spare tire.  Further investigation linked this gold to another elderly victim (M.P.) from Scottsdale, AZ (See below). On May 1, 2024, M.P.'s address was texted to RUPESH from "OWEN," an individual law enforcement believe is a fellow unidentified co-conspirator saved under RUPESH's phone under the contact name "OW." M.P.'s receipt for the purchase of gold, dated May 1, 2024, the day before, was also consistent with the type and amount of gold (46 one-ounce bars) found in RUPESH's rental car.[1]

### Scottsdale, AZ Victim M.P. – Financial Loss Approximately $189,000

    10.    Between April 25, 2024, and May 7, 2024, M.P. lost approximately $189,000 through the tech support pop-up scam. M.P. was working on his computer when it froze.  A pop-up advised him to contact "Microsoft."  After making the call, M.P. was also referred to the "FTC" after being informed M.P. was a victim of identity theft. Upon calling who M.P. believed was the "FTC," M.P.

---

[1] RUPESH was charged by the Pima County, Arizona attorney's office in State court for his involvement relating to victim M.D.

Case 4:24-cr-08825-JCH-LCK   Document 3   Filed 11/20/24   Page 7 of 13

CRIMINAL COMPLAINT – VICTIM
CONTINUED

United States of America
    vs.
Ahmed Syed et. al.

was told that to secure his bank accounts, he needed to withdraw money and deposit the funds into bitcoin ATM machines.

11. M.P. made various deposits into Bitcoin ATM machines to include the following:

April 25, 2024 - $20,000 cash

April 26, 2024 - $20,000 cash

These deposits were dispersed to multiple exchanges, including a Binance account, which had over $400,000.00 in the account. The Binance account is attributed to a customer in Dubai.

12. M.P. was thereafter directed to purchase gold bars. He purchased 46 ounces of gold from Scottsdale Bullion and Coin on May 1, 2024. M.P. was instructed to send pictures of the gold after he purchased it. The next day, May 2, 2024, MP was instructed concerning the delivery of gold. A Nissan sedan (consistent with the rental car RUPESH was driving) pulled into M.P.'s driveway and rolled down his rear window. M.P. was instructed to place the gold inside the vehicle. M.P. did as instructed.

13. On May 6, 2024, M.P. was advised to withdraw money from his wife's savings account to secure the money in the same manner. M.P. transferred money from his wife's account into his own account. M.P. thereafter withdrew $20,000 and deposited it into a Bitcoin ATM.

14. On May 7, 2024, M.P. made three withdrawals of $6,000, $4,000, $10,000 and deposited this cash into a Bitcoin ATM. Subsequently, M.P. realized he had been scammed and reported the matter to LEO.

**RUPESH POST-ARREST STATEMENT TO LAW ENFORCEMENT – 5/2/24**

15. RUPESH told law enforcement that if he didn't text the people (referring to whom he was working with), they would change everything. He later stated that the people would delete their contacts. RUPESH claimed he was being forced to do this and that hundreds of students were also being forced to do this. RUPESH did not provide any specific details of how he was "forced" other

United States of America
    vs.
Ahmed Syed et. al.

than that the person who hired him would report RUPESH and get him "caught." RUPESH stated that he was a student who had entered the United States from India earlier in the year. While looking for a job, he was referred to an individual RUPESH later described by the nickname "UNCLE" (believed to be SYED). RUPESH was told that he would be doing gold shop deliveries and stated that he never thought it was illegal. After retrieving the first item, RUPESH opened the box and saw gold inside. RUPESH called the person who hired him ("UNCLE") and told him it was illegal. UNCLE told RUPESH it was not illegal. RUPESH provided UNCLE the gold at the gas station. RUPESH claimed he received $200 in return.

    16.    RUPESH claimed that he had done three deliveries so far. RUPESH further stated he flew to Los Angeles from Chicago. RUPESH also stated they gave him cash and he purchased his plane ticket. RUPESH stated that the main contact was OWEN. The other person is SYED. RUPESH gave varying versions of where he picked up a package or packages going back and forth between Los Angeles and San Francisco. RUPESH stated they give him a phone and change the phone every three days to a week. RUPESH would retrieve the package and photograph the gold and receive a drop off location. RUPESH took a bus to Phoenix where he rented a vehicle. RUPESH also stated they told him to put the 45 or 46 "biscuits" (referring to the gold) in a sock and put it under the tire of the rental car. RUPESH continued to maintain that he picked up the gold that was in his vehicle in Los Angeles. RUPESH was told to pay for everything in cash because if a card was used, all the details would be known. RUPESH also stated that sometimes they would tell them to retrieve approximately $50,000 or $70,000 of cash and deliver the money somewhere else. However, RUPESH denied retrieving cash. RUPESH claimed he learned about the retrieval of cash from the person at the gas station working with UNCLE.

## CRIMINAL COMPLAINT – VICTIM
## CONTINUED

United States of America
   vs.
Ahmed Syed et. al.

### SEPTEMBER 17, 2024, ARREST OF SYED IN AURORA, ILLINOIS

17. On September 17, 2024, law enforcement executed an arrest warrant on SYED in Aurora, Illinois.[2] A federal search warrant was also executed that day. One of the items searched was SYED's phone. Various communications on RUPESH's phones had also previously been reviewed by law enforcement after his arrest. Evidence found on SYED and RUPESH's phones, in addition to financial records and other evidence, revealed that SYED and another individual believed to use the name "OWEN" were the individuals who helped coordinate and direct RUPESH relating to the fraud and money laundering conspiracy as reflected by the following examples.

18. On April 11, 2024, RUPESH messaged "Uncle" (SYED) asking if he had "any pickup today, near Milwaukee?" RUPESH also indicated to "Uncle" that he was messaging from his personal phone and he would pick up "another mobile from you" [referring to SYED]. RUPESH further requested the address. Shortly after this request, also on April 11, 2024, SYED messaged RUPESH with an address for Illinois victims B.W. and S.W. The evidence described in this paragraph was obtained from SYED's personal phone.

### Victims B.W. and S.W. Illinois – Financial Loss approximately $234,000

19. Illinois victims B.W. and S.W. had also been defrauded in this scam out of approximately $234,000. On April 11, 2024, B.W. and S.W. provided $50,000 in cash as they had been instructed. They were told an agent would come by their home to retrieve the package. A black Toyota SUV pulled into the victim's driveway. A female exited the passenger side of the vehicle. She was wearing a wrap around her head and appeared of Iranian decent. She was also on the phone. The female thereafter got back into the vehicle on the passenger side. The victim was instructed to drop the box on the rear passenger side of the vehicle. The victim placed the box in the back seat. The victim observed an elderly Indian male in the back seat. At this time, it is unknown whether

---

[2] SYED was charged in State court in Indiana relating to his involvement in this conspiracy to an Indiana victim.

CRIMINAL COMPLAINT – VICTIM
CONTINUED

United States of America
    vs.
Ahmed Syed et. al.

RUPESH was the driver of this vehicle. However, this same date, RUPESH received a $500 transfer from Fayez Corporation, a joint bank account held by SYED and an individual who is believed to be SYED's wife. The following day, RUPESH also messaged SYED with a receipt dated April 11, 2024, from a hotel that appears to be in Missouri. It is unclear of the date of the hotel stay from this message.

20. On April 22, 2024, additional evidence from SYED's phone revealed further communications between RUPESH and SYED that referenced OWEN. RUPESH messaged SYED that he just reached (appearing to refer to the airport) 5 minutes ago and was waiting for a bag. RUPESH stated he would text OWEN once RUPESH arrived. SYED also messaged RUPESH to "call Owen." This same date, RUPESH received $1,000 transfer from SYED, from a joint bank account held with an individual law enforcement believes is SYED's wife.

21. On April 29, 2024, RUPESH received an additional $1,000 payment from a bank account held by Fayez corporation, also a joint bank account held by SYED and his wife. WhatsApp communications recovered from RUPESH's phone reveal that during this timeframe, he communicated with an individual identified in his contact list as "JEFF," who is believed to be SYED. On this same date, the individual identified as "JEFF" messaged RUPESH "I am sending you 1000" consistent with the amount of money RUPESH received the same day from Fayez corporation. JEFF further messaged RUPESH that he should communicate with OWEN about booking a hotel. RUPESH messaged the individual believed to be OWEN identified by the contact "OW" asking if RUPESH should book a hotel in L.A. OWEN messaged RUPESH "Ok."

22. Various additional communications discovered on RUPESH's phone provide further evidence that OWEN and "JEFF" (believed to be SYED) were coordinating the retrieval of fraudulent proceeds from various victims. On May 1, 2024, OWEN messaged RUPESH for the "Amount." RUPESH responded to OWEN "50K." OWEN instructed RUPESH "Go LA." "JEFF" also messaged

United States of America
   vs.
Ahmed Syed et. al.

RUPESH "Owen will give you 2000." RUPESH responded "You gave me 1000. Waiting on owen." Additionally, that same evening, OWEN messaged RUPESH with the address of Scottsdale Victim M.P. At approximately 9:18 pm, RUPESH messaged "JEFF" that he was "Going to Arizona state…"

23. On May 2, 2024, RUPESH and OWEN engaged in numerous phone and text communications. JEFF further messaged RUPESH asking for the total number of ounces. RUPESH responded to "JEFF" "1ozx46" which is the amount of gold obtained from Scottsdale victim M.P. Additionally, later that afternoon, OWEN messaged RUPESH the address of Marana, Arizona victim M.D. Shortly after, phone records reflect that SYED called RUPESH on his personal phone. They spoke for almost three minutes. They engaged in a second call a short time later for approximately 38 seconds. Further communications occurred between OWEN and JEFF to RUPESH that also appear to relate to coordinating the delivery from fraud victim M.D. The following day, May 3, 2023, the day after RUPESH's arrest, the phone evidence reveals that SYED attempted to call RUPESH multiple times on RUPESH's personal phone.

**DEFENDANT SYED'S LINKED TO OTHER FRAUD VICTIMS IN THE SCHEME:**

24. SYED is also linked by additional evidence to other fraud victims and couriers in the scheme. Victim L.F. from Carmel, Indiana, lost approximately $48,000 in the scheme. On February 23, 2024, L.F. provided $48,000 cash to an individual she believed was a representative of the FTC. L.F. thought something was wrong and took a photo of the driver, who was on the phone. L.F. also photographed the driver's vehicle and license plate. The registered owner of this vehicle was the defendant SYED.

25. On March 21, 2024, courier Imran Shaikh was arrested in connection with another controlled delivery from Random Lake, Wisconsin victim S.S. Shaikh was arrested attempting to retrieve a package purporting to be cash from victim S.S. Shaikh was also later identified as the courier who retrieved $48,000 cash from Indiana victim L.F. on February 23, 2024. Phone records

**CRIMINAL COMPLAINT – VICTIM**
**CONTINUED**

United States of America
    vs.
Ahmed Syed et. al.

and the photo taken of Shaikh holding his phone also establish that during the approximate time of retrieval of the package of cash from L.F., Shaikh communicated with SYED.

**SYED'S STATEMENT TO LAW ENFORCEMENT, SEPTEMBER 2024**

26. SYED generally denied any involvement in the scheme or the conspiracy. Relating to Shaikh (Imran), SYED claimed that Shaikh was SYED's cousin and that they communicated frequently. SYED further stated that on the day of the Wisconsin incident, Shaikh borrowed SYED's car for a job opportunity. SYED denied knowing why Shaikh was arrested and what he did. SYED claimed he found out later that it was for fraud. SYED claimed Shaikh was framed because he did not speak English. When questioned about why SYED was speaking with Shaikh relating to the Indiana victim pickup, SYED stated that he spoke with his cousin Shaikh frequently. SYED further stated he did not recall why he was speaking with his cousin at that time.

27. SYED denied ever speaking with OWEN. SYED initially denied having his contact information on his phone. Later in the interview, SYED stated he received OWEN's number from Shaikh (Imran) in the last few months and that he had tried calling him but could not get through.

28. When questioned about his involvement with RUPESH, SYED stated he hired RUPESH for a job and gave him an advance and he suddenly disappeared. SYED stated that RUPESH never actually worked. SYED claimed he provided RUPESH $1000. SYED further stated he only spoke with RUPESH once or twice and that RUPESH was going to take orders for the gas stations and deliver them the next day. SYED further denied directing RUPESH to do pickups.

**CRIMINAL COMPLAINT – VICTIM**
**CONTINUED**

United States of America
    vs.
Ahmed Syed et. al.

*Carol-Anne Dowling*
Carol-Anne Dowling
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me telephonically this  20th  day of November, 2024.

*Maria S. Aguilera*
MARIA S. AGUILERA
United States Magistrate Judge
District of Arizona