1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   Jonathan B. Granoff
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone:  520-620-7300
   Email: Jonathan.Granoff@usdoj.gov
6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9   United States of America,                    CR-24-8825-JCH(LCK)

10                        Plaintiff,

11                                        GOVERNMENT'S OBJECTION TO
          vs.                            DEFENDANT'S FOURTH REQUEST FOR
12                                        RELEASE PENDING TRIAL

13  Ahmed Maqbul Syed,

14                        Defendant.

15          The defendant, through counsel, has filed yet another a motion for reconsideration

16  of release. (Doc 34.)  The defendant's motion should be denied.  There is no significant

17  change of circumstance that would warrant the defendant's release from custody pending

18  trial. This is defendant's <u>fourth</u> request for release pending trial. As previously indicated,

19  the defendant, a citizen of India, was a high-level member of a sophisticated, organized,

20  transnational fraud ring targeting numerous elderly victims from around the United States.

21  Three different Magistrates in two different Districts have already determined that the

22  defendant should be detained pending trial. The government responded to defendant's

23  previous motion for reconsideration on February 11, 2025. (Doc. 26). The defendant claims

24  there is a significant change in circumstances in his most recent request for release. (Doc.

25  34). First, he claims that defendant's mother sold his home in India. However, in

26  defendant's previous motion, he claimed that this home was sold by defendant's mom in

27  2023. (Doc. 23, Exhibit 4). Therefore, this point was previously raised. Further, defendant

28  claims that his son with autism is not doing well because of his father's absence. This point

was also previously raised by the defendant. (Doc. 23).[1]  The defendant further references his pending U-visa application. This point was also raised in defendant's previous motion for release. (Doc. 23). Defendant further claims that his mother has now "moved" from India to live with the defendant's family in the United States. (Doc. 34). However, according to travel records, defendant's mother recently flew to the United States on June 4, 2025. Records reflect that she flew out of the country through Istanbul on July 28, 2025. Defendant's mother also entered the United States on a visitor's visa.  Therefore, it is not accurate to claim that the defendant's mother now lives with the family in the United States. Clearly, based on this information, there is not a sufficient change in circumstance that would warrant defendant's release.  Again, defendant is a citizen of India. He could be deported if convicted in this case. Defendant's wife is a citizen of India. Defendant's elder children are citizens of India. Defendant's mother is a citizen of India. According to defendant's wife, she and her children are listed on the U-Visa application filed by the defendant. As stated, in the government's previous pleading, three co-conspirators linked to the conspiracy have already fled the country and are currently fugitives from justice. (Doc. 26 pgs. 4-5). As previously indicated, defendant's co-defendant and conspirator Rupesh Chintakindi fled the country on a flight to Istanbul after obtaining a new Indian passport while on release on bond on State charges. The defendant's latest and fourth request for release should be summarily denied without a hearing.  There are not sufficient material changes in any new facts that would warrant defendant's release pending trial. The defendant presents a serious risk of flight and that there are no reasonable conditions that can assure his presence before the court.  For the reasons stated herein, this court should deny defendant's fourth request for release from custody pending trial.

---

[1] Defendant also claims his 17-year-old son is experiencing emotional problems allegedly because of defendant's absence. This fact, if accurate, is certainly not sufficient to warrant defendant's release from custody.

1

Respectfully submitted this 3rd day of September 2025.

2

3

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

4

5

6

JONATHAN B. GRANOFF
Assistant U.S. Attorney

7

8

Copy of the foregoing served electronically or by
other means this 3rd day of September 2025 to:

9

Defendant's Attorney, Lou Spivack

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28